

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MALCOLM MUHAMMAD,<br>    Plaintiff, | Civil Action No. 7:14-cv-00134 |
| v. | **FINAL ORDER** |
| RANDALL C. MATHENA, <u>et al.</u>,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that defendants' motion for summary judgment is **GRANTED** and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 22nd day of January, 2015.

                /s/ Jackson L. Kiser
                Senior United States District Judge